## PAGE *v.* RAMSDELL.

In replevin for a chattel unlawfully detained, a plea of property raises the issue of title, which is not determined by a finding of wrongful detention.

REPLEVIN, for a cow unlawfully detained. Plea of property in the defendant. The referee, to whom the case was submitted, found that the defendant wrongfully detained the cow.

*Barnard & Barnard,* for the plaintiff.

*Pike & Parsons,* for the defendant.

BINGHAM, J. Formerly replevin would not lie unless there had been an unlawful taking as well as detention. A plea of property raised the issue of title, and admitted the taking and detention. *Dame* v. *Dame*, 43 N. H. 39; *Carter* v. *Piper*, 57 N. H. 217, 219. Subsequently the action was extended to the case of unlawful detention simply. G. L., *c.* 245, *s.* 2; *Kittredge* v. *Holt*, 55 N. H. 622. The effect of a plea of property cannot be different from what it formerly was. It raises the issue of title, and admits the detention. The referee found that the defendant detained the cow. This had been admitted by the plea. Ownership was the only question in issue, and was not decided. 2 Gr. Ev., *s.* 563. The case may be recommitted.

*Case discharged.*

FOSTER, J., did not sit: the others concurred.